COURT OF
APPEALS

                                                    EIGHTH DISTRICT
OF TEXAS

                                                               EL
PASO, TEXAS

 

TEXAS TECH UNIVERSITY HEALTH
             )

SCIENCES
CENTER,                                          )           
No.  08-02-00218-CV

                                                                              )

Appellant,                          )                 Appeal from the

                                                                              )

v.                                                                           )              
346th District Court

                                                                              )

LILIA SIFUENTES,                                             )          
of El Paso County, Texas

                                                                              )

Appellee.                           )                 
(TC# 99-361)

                                                                              )

 

 

O
P I N I O N

 

Pending before the
Court is the Appellee=s
agreed motion to dismiss this appeal pursuant to Tex.R.App.P. 42.1(a)(1),
which states:

(a) The appellate court may dispose
of an appeal as follows:

 

(1)        in accordance
with an agreement signed by all parties or their attorneys and filed with the
clerk . . . .

 








On August 23,
2002, an agreed motion to dismiss the appeal was filed with the Court.  Included with the motion was a copy of the
settlement agreement reached by the parties. 
Accordingly, the parties have complied with the requirements of Rule
42.1(a)(1).  The
Court has considered this cause on Appellee=s motion and concludes the motion
should be granted and the appeal should be dismissed.  We therefore dismiss the appeal.

 

 

September
12, 2002

DAVID WELLINGTON
CHEW, Justice

 

Before Panel No. 3

Barajas, C.J., Larsen, and Chew, JJ.

 

(Do Not Publish)